UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KIMBERLY DOVERSPIKE,                    CIVIL NO. 03-5601 ADM/AJB

    PLAINTIFF,

V.                                      ORDER ON PLAINTIFF'S MOTIONS FOR ENTRY OF
                                        JUDGMENT AND ATTORNEY FEES AND
                                        DEFENDANT'S POST JUDGMENT MOTION UNDER
                                        FED. R. CIV. P. 59

CHANG O'HARA'S BISTRO, INC.,

    DEFENDANT.

---

DONALD H. NICHOLS, ESQ., STEVEN ANDREW SMITH, ESQ., AND MICHELE R. FISHER, ESQ., FROM NICHOLS KASTER & ANDERSON, P.L.L.P. FOR PLAINTIFF KIMBERLY DOVERSPIKE.

THOMAS J. FLYNN, ESQ., AND CHRIS M. HEFFELBOWER, ESQ., FROM LARKIN HOFFMAN DALY & LINDGREN LTD., AND ROBERT MILLS MCCLAY, ESQ., FROM MCCLAY-ALTON, P.L.L.P. FOR DEFENDANT CHANG O'HARA'S BISTRO, INC.

---

This matter is before the court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated June 10, 2005  There being no objections filed to Magistrate Judge Boylan's Report and Recommendation,

**THE COURT HEREBY ORDERS THAT**:

1. Defendant Chang O'Hara's Motion Pursuant to Rule 59 [Docket No. 88] **is granted** to the extent that Plaintiff Doverspike's punitive damages award be reduced to $58,500 and all other relief **is denied**.

2. Plaintiff Doverspike's Motion for Entry in Judgment [Docket No. 93] **is granted** in that:

    i. Doverspike's compensatory damages of $10,000 awarded by the jury is

        trebled to $30,000;

    ii.    Doverspike is awarded prejudgment interest on the $10,000 jury award for compensatory damages accruing from date of commencement to date of judgment at the rate of 4% per annum; and

    iii.    Defendant Chang O'Hara is assessed a $1,000 civil penalty to be paid to the general fund of the State of Minnesota for its violation of the MHRA.

3.    Doverspike's Motion for Attorney Fees and Costs [Docket No. 99] **is granted** in the amount of $58,383.25 for attorney fees and $4253.37 in costs.

Dated:   June 30, 2005

                                              s/Ann D. Montgomery
                                              _____
                                              Judge Ann D. Montgomery
                                              United States District Court